

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00462-CV

———————————————

IN RE BRANDON BLAKE COLEMAN, Relator

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. CR12297

Before Birdwell, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: December 12, 2023